JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR WHITE<br><br>　　　　Petitioner,<br><br>　v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　Respondent. | Case No. 2:18-cv-05057-JFW-AFM<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of LAMAR WHITE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 10, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE